W. Jeff Paradowski
LAW OFFICES OF W. JEFF PARADOWSKI
Texas State Bar No.: 00784718 (Appearing pro hac vice)
1604 Copperfield Parkway, Suite 100
College Station, Texas 77845
(979) 774-2222 - Telephone
(979) 774-2223 - Facsimile
Email: jeff@paradowskilaw.com

Jeremy M. Hoffman (5290)
YOUNG, HOFFMAN, STRASSBERG & ENSOR, LLP
170 South Main Street, Suite 1125
Salt Lake City, Utah 84101-1639
Telephone: (801) 359-1900
Facsimile: (801) 359-1980
Email: jeremy@yahlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MEMDATA, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, INC., a Utah corporation, and IHC HEALTH SERVICES, INC., a Utah corporation,<br><br>Defendants. | **PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Civil No. 2:08-CV-190<br><br>The Honorable Ted Stewart<br><br>Magistrate Paul M. Warner |

Plaintiff MEMdata, LLC ("MEMdata"), pursuant to Fed. R. Civ. P. 26(a)(3), makes the following pretrial disclosures:

1.   Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff expects to call the following witnesses to testify live at the time of trial:

1

1. Bob Yancy
   1601 Sebesta Road
   College Station, Texas 77845
   (979) 695-1950

2. Kristi Yancy
   MEMdata, LLC
   1601 Sebesta Road
   College Station, Texas 77845
   (979) 695-1950

3. Jeff Nash
   211 Quality Circle
   College Station, Texas 77845
   (979) 691-7961
   (979) 777-9235

4. Matt Short
   MEMdata, LLC
   1601 Sebesta Road
   College Station, Texas 77845
   (979) 695-1950

5. Ryan Wallace
   2309 Matagorda Circle
   New Braunfels, Texas 78130
   (979) 575-3463
   (830) 632-6932

6. Lance Loria
   5007 FM 1960 West
   Houston, Texas
   (281) 880-6464

7. Gary D. Kronrad, Ph.D.
   179 County Road 231
   Nacogdoches, Texas 75961
   (936) 468-2473

8. Dr. Hal Singer
   Empiris, LLC
   2100 M. Street N.W., Suite 604
   Washington, D.C. 20037
   (202) 747-3520

9. Brent Johnson
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 442-2000

10. Wolfgang Peleschka
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

11. Dave Tribe
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

12. Trent Gee
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

13. Bill Prows
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

14. Richard Taylor
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

15. Bert Zimmerli
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

2. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff may call the following witnesses live at the time of trial if the need arises:

1. Tim Goates
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 442-2000

2. Deanna Welch
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 442-2000

3. Craig Webb
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 442-2000

4. Scott McAlister
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 442-2000

5. Holly Meckley
   Intermountain Healthcare
   36 So. State Street, Floor 8
   Salt Lake City, Utah 84111
   (801) 314-2955

6. Allen Dunehew
   Amerinet, Inc.
   2060 Craigshire Road
   St. Louis, MO 63146
   (800) 388-2638

7. Todd Ebert
   Amerinet, Inc.
   2060 Craigshire Road
   St. Louis, MO 63146
   (800) 388-2638

8. Mike Reid
   Amerinet, Inc.
   2060 Craigshire Road

St. Louis, MO 63146
(800) 388-2638

9.  Bryan Paul
    1264 South Brooke Lane
    Farmington, Utah 84025
    (801) 718-8868

3. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Plaintiff may call the following witnesses by deposition, depending upon their availability:

1.  Jeff Nash
    211 Quality Circle
    College Station, Texas 77845
    (979) 691-7961
    (979) 777-9235

2.  Ryan Wallace
    2309 Matagorda Circle
    New Braunfels, Texas 78130
    (979) 575-3463
    (830) 632-6932

3.  Lance Loria
    5007 FM 1960 West
    Houston, Texas
    (281) 880-6464

4.  Brent Johnson
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

5.  Wolfgang Peleschka
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

6.  Dave Tribe
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

7.  Bill Prows
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

8.  Richard Taylor
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

9.  Bert Zimmerli
    Intermountain Healthcare
    36 So. State Street, Floor 8
    Salt Lake City, Utah 84111
    (801) 442-2000

4. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Plaintiff intends to offer the following exhibits at the time of trial:

See list of Plaintiff's exhibits, attached as Exhibit A. Plaintiff has attempted to provide a description of each document. However, such description should not be used or interpreted to limit Plaintiff's intended offer of the entire document identified by the first column of Exhibit A.

Plaintiff may offer the following exhibits at the time of trial:

None at this time.

Dated this 1st day of October, 2010.

_____
W. Jeff Paradowski
Law Offices of W. Jeff Paradowski, P.C.
1604 Copperfield Parkway, Suite 100
College Station, Texas 77845
(979) 774-2222 – Telephone
(979) 774-2223 - Facsimile

Jeremy M. Hoffman
Young, Hoffman, Strassberg & Ensor, LLP
170 S. Main, Suite 1125
Salt Lake City, Utah 84101
(801) 257-1203 – Telephone
(801) 359-1980 - Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Plaintiff's Pretrial Disclosures was filed with the Clerk of the Court using the CM/ECF system on the 1st day of October 2010, and will be sent electronically to the following registered participants as identified on the notice of electronic filing:

Alan L. Sullivan
Amber M. Mettler
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101

_____
W. Jeff Paradowski