## MEMdata - IHC
## Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 2 | MD0002 | April 1-2, 2004 | email from Bruce Hanks to Bob Yancy |
| 3 | MD0004 | April 14, 2004 | letter from Bob Yancy to Dave Tribe |
| 4 | MD0007 | November 18, 2004 | email from Bob Yancy to IHC |
| 5 | MD0009 | February 21, 2005 | email from Ryan Wallace to Wolfgang Peleschka |
| 6 | MD00012 | February 25, 2005 | email from Bob Yancy to Wolfgang Peleschka |
| 7 | MD00016-27 | | MEMdata Implementation & Program Review |
| 8 | MD00028-30 | July 7, 2005 | letter from Bob Yancy to Brent Johnson |
| 9 | MD00038-40 | February 15, 2006 | email from Bob Yancy to IHC's Brent Johnson |
| 10 | MD00041-42 | February 24, 2006 | emails exchanged between Brent Johnson and Bob Yancy |
| 11 | MD00044 | March 8, 2007 | email from Yancy to Brent Johnson |
| 12 | MD00045 | October 8, 2007 | email from Johnson to Yancy |
| 13 | MD00048 | January 15, 2004 | email from Peleschka to Jeff Nash |
| 14 | MD00050-53; MD00300-00408 | September, 2004 | email correspondence btw Yancy and Dave Tribe |
| 15 | MD00054 | September 28, 2004 | email from Dave Tribe to Yancy |
| 16 | MD00055 | December 15, 2004 | email from Yancy to Tribe, Clark and Peleschka |
| 17 | MD00056-57 | January 20, 2005 | email from Yancy to Tribe |
| 18 | MD00058-59 | February 17, 2005 | email from Diar Shipman (GE Healthcare) to Yancy and Peleschka |
| 19 | MD00060-62 | June 16, 2005 | email from Dave Tribe |
| 20 | MD00063-64 | October 1, 2005 | email correspondence btw Dave Tribe and Yancy |

## MEMdata - IHC
## Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 21 | MD00066-70 | February 1, 2006 | email correspondence btw Yancy and Tribe/IHC |
| 22 | MD00077-80 MD00278-00285 | May, 2005 | email correspondence btw Yancy and Peleschka |
| 23 | MD00087-88 | November 1, 2004 | email correspondence btw Yancy and Tribe/IHC |
| 24 | MD00089 | January 17, 2005 | Matt Short email to Yancy |
| 25 | MD00090-91 | January 19, 2005 | email from Yancy to Tribe/IHC |
| 26 | MD00092 | February 28, 2005 | email from Yancy to Peleschka |
| 27 | MD00093-99 | October 13, 2005 | email correspondence between Yancy and Tribe/IHC |
| 28 | MD00094 | October 13, 2005 | email from Tribe to Matt Short |
| 29 | MD00100-101 | December 6, 2005 | email from Yancy to Tribe/IHC |
| 30 | MD00102–MD00176 | December 13, 2005 | Ryan Wallace letter to Tribe |
| 31 | MD00177-189 | February 20, 2006 | email from Yancy to Brent Johnson |
| 32 | MD00190-191 | June 8, 2006 | email correspondence btw Yancy and Brent Johnson |
| 33 | MD00192-193 | January 24, 2006 | email correspondence btw Ryan Wallace and Dave Tribe |
| 34 | MD00194-00210 | June 21, 2004 - January 17, 2005 | email correspondence between Yancy and Dave Tribe |
| 35 | MD00211-00232 | December 6, 2005 | Cost overrun report |
| 36 | MD00233-00234 | October 11, 2007 | email from Kenneth Churchwell (MEMdata) to Ryan Wallace |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 37 | MD00235-00236 | January 29, 2004 | email from Deanna Welch to Yancy |
| 38 | MD00237-00239 | May 1, 2004 | email correspondence between Dave Tribe and Jeff Nash/Yancy |
| 39 | MD00241 | January 11, 2005 | email from Dave Tribe to Jeff Nash |
| 40 | MD00246 | April 5, 2005 | email by Tribe to Ryan Wallace |
| 41 | MD00247-00250 | September –October, 2005 | email correspondence between Yancy and Tribe |
| 42 | MD00251-00255 | | IHC Quote Age |
| 43 | MD00256-00258 | April, 2005 | email correspondence btw Ryan Wallace and Dave Tribe |
| 44 | MD00259-00260, MD00270-00271 | May, 2005 | email correspondence btw Yancy and Tribe |
| 45 | MD00267-269 | February 1, 2005 | email correspondence btw Jeff Nash and Tribe |
| 46 | MD00272-00276 | March, 2004 | email correspondence btw Jeff Nash and Tribe |
| 47 | MD00286-00297; IHC00546-549 | May and June, 2005 | email correspondence btw Jeff Nash/MEMdata and Tribe |
| 48 | MD00414-00419 | January 1, 2006 | email correspondence btw Trent Gee/IHC and Ryan Wallace |
| 49 | MD00422-432 | February 1, 2006 | email correspondence btw Jeff Nash/Yancy and Trent Gee and Brent Johnson |
| 50 | MD00434-00441 | February 3, 2004 | letters from Bill Prows/IHC to equipment vendors |
| 51 | MD00442 – MD00460 | February 2, 2006 | fax from Scott McAlister/IHC to MEMdata |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 52 | MD00461-00469 | May 26, 2004 | email from Dave Tribe to Yancy |
| 53 | MD00470-00478 | July 14, 2004 | email from Tribe to Yancy |
| 54 | MD00479-00480 | September, 2005 | email correspondence btw Dave Tribe and Yancy |
| 55 | MD00481 | November, 2005 | email correspondence btw Jeff Nash and Tribe |
| 56 | MD00482 | January 10, 2006 | email from Trent Gee to Ryan Wallace |
| 57 | MD00482-00483 | January 10, 2006 | email from Trent Gee to Ryan Wallace |
| 58 | MD00484; 00487; 00494-495 | January 26, 2006 | email from IHC's Trent Gee to MEMdata |
| 59 | MD00516-519 | February 8, 2006 | email from Dave Tribe to Jeff Nash |
| 60 | MD00554-00555 | November 17, 2004 | Amerinet and MEMdata press release |
| 61 | MD00569 | December, 2004 | Amerinet contract with MEMdata announcement |
| 62 | MD00582-00583 | December 22, 2004 | email correspondence btw Yancy and Bruce Clark/IHC |
| 63 | MD00588 | February 2, 2005 | email from Lisa Kohls to Yancy |
| 64 | MD00593-00595 | February 3, 2005 | email correspondence btw Yancy and Todd Ebert |
| 65 | MD00596-607 | February 8, 2005 | email from Ron Miller to Yancy |
| 66 | MD00608 | February 23, 2005 | email from Leigh Troxell to Laura Nolan at IHC/Amerinet |
| 67 | MD00611-00620 | February-March, 2005 | email correspondence between Yancy and Bryan Paul/IHC |
| 68 | MD00645-00654 | May and June, 2005 | email correspondence btw Yancy and Bruce Clark/IHC |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 69 | MD00657 | May-August 2006 | Amerinet shareholder conferences May-August 2006 |
| 70 | MD00680-00694 | May 9, 2006 | MEMdata powerpoint slides |
| 71 | MD00729 | March 22, 2004 | email from Peleschka to Yancy |
| 72 | MD00730 | May 5, 2004 | email from Tribe to Yancy |
| 73 | MD00731 | May 25, 2004 | email from Tribe to Yancy |
| 74 | MD00736 | July 15, 2004 | email from MEMdata to IHC |
| 75 | MD00736-00750 | July 15, 2004 | email from Jeff Nash to Dave Tribe |
| 76 | MD00771-00779 | July 2, 2004 | email from Dave Tribe to Jeff Nash/Yancy |
| 77 | MD00838-839 | January 15, 2004 | email from Jeff Nash to Peleschka |
| 78 | MD00864-865 | January 23, 2004 | email from Jeff Nash to Trent Gee and Peleschka |
| 79 | MD00996-01001; 00980 | February 3, 2004 | letters from Bill Prows |
| 80 | MD01004-1008 | February 3, 2004 | email from Jeff Nash |
| 81 | MD01016-1019 | February 4, 2004 | email from Ryan Wallace |
| 82 | MD01020-1024 | February 6, 2004 | email from Wallace to Yancy |
| 83 | MD01032-1034 | February 11, 2004 | email from Claudia Stewart to Nash |
| 84 | MD01208-1213 | February 13, 2004 | email from Stolk Bram to Yancy |
| 85 | MD01244 | February 16, 2004 | email from Jeff Nash to Peleschka |
| 86 | MD01296-1298 | February 18, 2004 | email from Diar Shipman to Jeff Nash |
| 87 | MD01628-1629 | February 24, 2004 | email from Peleschka to Yancy |
| 88 | MD01664-1670 | March 2, 2004 | email exchange btw Deanna Welch and Yancy |
| 89 | MD04827 | June 27, 2005 | email from Yancy to IHC |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 90 | MD05085 | October 28, 2005 | email from Yancy to Brent Johnson |
| 91 | MD27952-28081 | February – June, 2005 | email correspondence btw Yancy, IHC, Elekta and Varian |
| 92 | MD28096-28107 | February – March, 2004 | email correspondence btw Yancy and Peleschka |
| 93 | MD28128 | 2004 | Amerinet announcement |
| 94 | MD28183 | | Bill Prows announcement |
| 95 | MD28564-567 | September 1, 2004 | email from Richard Taylor to Yancy |
| 96 | MD28633-637 | October 21, 2005 | email from Tribe to Yancy |
| 97 | MD28664-28695 | | MEMdata, LLC Profit and Loss and Balance Sheets |
| 98 | MD28664-28708 | | MEMdata categories of capital equipment |
| 99 | MD28709-MD28727 | | amounts paid |
| 100 | MD28728-MD28803 | 2003-2008 | MEMdata tax returns |
| 101 | IHC00003-4 | April 1, 2007 | email from Peleschka to Todd Ebert |
| 102 | IHC00005-6 | March, 2007 | email correspondence btw Peleschka and Tribe |
| 103 | IHC00006-7 | March 8, 2007 | email from Bob Yancy to Brent Johnson |
| 104 | IHC00009-11 | April 2, 2007 | email exchange from Allen Dunehew, Todd Ebert and Peleschka |
| 105 | IHC00019/MD0001 | January 15, 2004 | signed MEMdata Performer Agreement |
| 106 | IHC00021 | March 15, 2007 | email exchange btw McAlister and Peleschka |
| 107 | IHC00023 | August 30, 2007 | email from Brent Johnson to Dave Tribe/IHC |
| 108 | IHC00182 | February 18, 2008 | email form Brent Johnson to Amerinet and IHC |
| 109 | IHC00280 | August 23, 2005 | handwritten notes of Brent Johnson |
| 110 | IHC00284 | January 11, 2005 | email from Tribe to Jeff Nash |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 111 | IHC00288 | June 9, 2005 | email from Yancy to Peleschka |
| 112 | IHC00290 | February 9, 2005 | email from Wolfgang Peleschka to Bob Yancy |
| 113 | IHC00292; MD00721 | March 24, 2005 | email from Tribe to Jeff Nash |
| 114 | IHC00311 | | handwritten notes of Brent Johnson |
| 115 | IHC00311-312 | | Brent Johnson handwritten notes |
| 116 | IHC00316 – 318 | February 28, 2006 | email from Brent Johnson to Bert Zimmerli |
| 117 | IHC00326-328 | July 13, 2006 | email from Jeff Nash to Brent Johnson |
| 118 | IHC00377-383 | February 7, 2005 | email from Peleschka to other IHC officers |
| 119 | IHC00383 | January 31, 2005 | MEMdata review |
| 120 | IHC00418 | March 3, 2005 | email from Bert Zimerli to Hyde Frederickson |
| 121 | IHC00434 | May 27, 2005 | email from Scott McAlister to Brad Myers |
| 122 | IHC00467-469 | April 3, 2007 | email from Brent Johnson to Yancy |
| 123 | IHC00473-490 | December 22, 2003 | fax from Lance Loria to Bill Prows |
| 124 | IHC00491-495 | April 14, 2004 | email from Yancy to Tribe |
| 125 | IHC00496-497 | April 14, 2004 | email from Yancy to Tribe |
| 126 | IHC00498 | April 21, 2004 | interoffice memo from Dave Tribe |
| 127 | IHC00499 | August 23-24, 2004 | email from Richard Beach |
| 128 | IHC00500-502 | July 20, 2004 | Facility contacts |
| 129 | IHC00502 | July 20, 2004 | *IHC flow chart* |
| 130 | IHC00508-509 | February 1, 2004 – January 31, 2005 | MEMdata Annual review |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 131 | IHC00510-511 | January 21, 2004 | letter from Yancy |
| 132 | IHC00528 | March 28, 2004 | email from Deanna Welch |
| 133 | IHC00533 | | MEMdata definition of capital equipment |
| 134 | IHC00534/MD0003 | | Amerinet/MEMdata Performer Agreement |
| 135 | IHC00535 | May 6, 2004 | email from Deanna Welch |
| 136 | IHC00538 | September 22, 2004 | email from Scott McAlister |
| 137 | IHC00539 | November 12, 2004 | email from Michael Kammeyer |
| 138 | IHC00540 | February 9, 2005 | email from Wolfgang Peleschka |
| 139 | IHC00542-543 | February 11, 2005 | IHC Capital Request and Purchase Protocol |
| 140 | IHC00544-545 | February 17, 2005 | email Tribe |
| 141 | IHC00550-552 | January 3, 2005 | IHC request equipment |
| 142 | IHC00562-565 | November, 2005 | email Brent Johnson |
| 143 | IHC00566 | September 27, 2005 | email Dave Tribe |
| 144 | IHC00566/MD00732 | September 27, 2005 | email from Dave Tribe |
| 145 | IHC00567-572 | February 28, 2006 | memo from Peleschka to Brent Johnson |
| 146 | IHC00585-586 | | MEMdata timeline |
| 147 | IHC00595 | March 14, 2007 | email from Dave Tribe |
| 148 | IHC00639-650 | | Group Purchasing Agreement |
| 149 | IHC01057 | February 1, 2005 | Hyde Frederickson |
| 150 | IHC01146-1150 | February 1, 2005 | IHC sales training meeting |
| 151 | IHC033725-IHC003729 | 2004-2007 | Amerinet patronage dividend |
| 152 | IHC033730-033738 | December 7, 2007 | Agreement between Amerinet and IHC |
| 153 | IHC033802-33809 | | IHC contract data sheets |
| 154 | IHC033855 | March 29, 2005 | Capital Equipment Acquisition Process |
| 155 | IHC033940-IHC033947 | March 1, 2004 | Contract Data Sheet GE Healthcare |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 156 | IHC034098-102 | January, 2007 | CT Modality Team recommendation with attached notes |
| 157 | IHC037341-37403 | | vendor contract |
| 158 | IHC039660-39741 | May, 2004 | IHC contract data sheets |
| 159 | IHC039742-39782 | | IHC contract data sheets |
| 160 | IHC039783-39825 | | IHC contract data sheets |
| 161 | IHC039826 - IHC042391 | | IHC list of "Capital Purchases from 2004 on-Major Movable Equipment" |
| 162 | IHC042392-IHC042406 | | IHC list of "Capital Purchases from 2004 on-Fixed Equipment" |
| 163 | IHC042407 - IHC048751 | | IHC list of "Capital Purchases from 2004 on-Projects" |
| 164 | IHC048754-756 | August 3, 2004 | email string from Deanna Welch to Richard Taylor |
| 165 | IHC048961 – IHC048967 | | IHC's internal accounting policy |
| 166 | IHC05312-05366 | | IHC contract data sheets |
| 167 | IHC05381-05597 | | IHC contract data sheets |
| 168 | IHC05598-05635 | | IHC vendor contract |
| 169 | IHC05636-06452 | May 1, 2008 | IHC contract data sheets |
| 170 | IHC06454-06755 | | IHC contract data sheets |
| 171 | IHC06759-07373 | | IHC Major Movable Equipment List |
| 172 | IHC07374 – IHC07630 | | IHC Major Movable Equipment Pos |
| 173 | IHC07635 – IHC08423 | | IHC Projects from 2004 to Present |
| 174 | IHC08424 – IHC08684 | | IHC Project POs from 2004 to Present |
| 175 | IHC08685-IHC09018 | | IHC list of capital equipment purchases for IMC |
| 176 | IHC09019-IHC33587 | | IHC purchase orders and associated documents |
| 177 | IHC48961-48966 | | IHC Property Plant Equipment Accounting Policy |
| 178 | Doc 71-3 | September 11, 2009 | report of Hal Singer, Ph.D. |
| 179 | Ex 73 | September 10, 2009 | report of Gary D. Kronrad, Ph.D. |
| 180 | Ex 74 | | to Kronrad Depo |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 181 | Ex 75 | | to Kronrad Depo |
| 182 | Ex 76 | | to Kronrad Depo |
| 183 | Ex 78 | | to Kronrad Depo |
| 184 | Ex 79 | | to Kronrad Depo |
| 185 | Ex 80 | | to Kronrad Depo |
| 186 | Ex 81 | | to Kronrad Depo |
| 187 | | August 2, 2004 | memo from Lance Loria |
| 188 | | November 1, 2004 | memo from Lance Loria |
| 189 | | June 15, 2006 | email from Leigh Troxell to Jeff Nash |
| 190 | | July 21, 2008 | Defendants' Response to Plaintiff's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendants |
| 191 | | September 25, 2008 | letter from Amber Mettler to Π's counsel |
| 192 | | January 21, 2009 | Defendants' Response to Plaintiff's Second Set of Request for Production of Documents to Defendants |
| 193 | | April 15, 2009 | Defendants' Objections and Responses to Plaintiff's Third Set of Request for Production of Documents to Defendants |
| 194 | | May 20, 2009 | Defendants' Objections and Responses to Plaintiff's Fourth Set of Request for Production of Documents to Defendants |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 195 | | August 31, 2009 | Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories and Fifth Set of Requests for Production of Documents to Defendants |
| 196 | | October 19, 2009 | Defendants' Objections and Responses to Plaintiff's Sixth set of Requests for Production of Documents to Defendants |
| 197 | | October 26, 2009 | Defendants' Objections and Responses to Plaintiff's Seventh set of Requests for Production of Documents to Defendants |
| 198 | | November 23, 2009 | Defendants' Objections and Responses to Plaintiff's Third Set of Interrogatories Defendants |
| 199 | | February 23, 2010 | Defendants' Amended Answer to Third Amended Complaint |
| 200 | IHC00029-30 | August 24, 2007 | Wolf email |
| 201 | IHC00041 | | Wolf email to Brent Johnson |
| 202 | IHC00051 | August 2, 2007 | Brent Johnson handwritten notes |
| 203 | IHC00052-53 | August 1, 2007 | email from Wolfgang to Brent |
| 204 | IHC00054-59 | December 19, 2007 | email from Bob Yancy to Brent Johnson |
| 205 | IHC00062-63 | July 16, 2007 | letter from Bob Yancy to Bert Zimmerli |
| 206 | IHC00065 | February 28, 2006 | email from Wolfgang to Brent |
| 207 | IHC00067-85 | | MEMdata Presentation |
| 208 | IHC00087-109 | March 1, 2007 | IHC internal email exchanges / discussions |
| 209 | IHC121-142 | | IHC Internal Comparison Document |
| 210 | IHC00158-159 | October 16, 2007 | handwritten notes from Brent Johnson |
| 211 | IHC00160 | October 11, 2007 | Wolfgang email to Brent Johnson |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 212 | IHC00164-168 | October 6, 2006 | email discussion by Wolfgang to Brent Johnson |
| 213 | IHC00169-172 | August 30, 2007 | Internal IHC Memo Exchange |
| 214 | IHC00175 | August 22, 2007 | email from Bert Zimmerli |
| 215 | IHC00206-207 | February 12, 2008 | email from Alen Dunehew |
| 216 | IHC00282 | December 13, 2005 | memo from Ryan Wallace |
| 217 | IHC00285 | July 7, 2005 | memo from Bob to Brent |
| 218 | IHC00286-287 | June 30, 2005 | email from Dave Tribe |
| 219 | IHC00289 | September 27, 2005 | Dave Tribe email |
| 220 | IHC00293 | | handwritten note from Brent |
| 221 | IHC00295-269 | | Handwritten note from Brent |
| 222 | IHC00305-309 | April, 2006 | internal email to multiple IHC personnel |
| 223 | IHC00314-315 | January 24, 2006 | Dave Tribe email |
| 224 | IHC00319-322 | February 20, 2006 | emails from Bob Yancy to Brent |
| 225 | IHC00323 | July 20, 2006 | email from Bob Yancy |
| 226 | IHC00329 | June 23, 2006 | email from Hyde Frederickson to Wolfgang |
| 227 | IHC00330 | June 15, 2006 | email from Bob to Brent |
| 228 | IHC00331-341 | June 15, 2006 | email from Bob to Brent |
| 229 | IHC00347-348 | December 8, 2004 | Amerinet contract with MEMdata |
| 230 | IHC00349-350 | December 15, 2004 | email from Bob to Bruce Clark |
| 231 | IHC00355-356 | November 3, 2004 | Wolfgang email to Bruce Clark |
| 232 | IHC00357 | November 5, 2004 | email from Scott McAlister |
| 233 | IHC00359-362 | November 18, 2004 | email exchanges between Wolfgang, Dave, Bruce Clark |
| 234 | IHC00369 | October 4, 2004 | email from Dallas Clark to Dave Tribe |
| 235 | IHC00384 | February 9, 2005 | email from Wolfgang to Bob Yancy |
| 236 | IHC00401-403 | February 27, 2005 | email from Wolfgang to Bob Yancy |
| 237 | IHC00419-420 | March 7, 2005 | Wolfgang to Dave Tribe email |
| 238 | IHC00421 | March 9, 2005 | email from Wolfgang to Bruce Clark |
| 239 | IHC00427 | March 3, 2005 | email from Bert Zimmerli to Hyde Frederickson |
| 240 | IHC00433 | May 17, 2005 | email from Wolfgang to Carl West |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 241 | IHC00453-454 | April 4, 2007 | email from Wolfgang to Brent Johnson |
| 242 | NO BATE STAMP - NEW INFO | September 1, 2009 | Letter from IHC to US Senate |
| 243 | IHC034773-034788 | January, 2006 | RFI Letters from Dave Tribe to vendors |
| 244 | IHC035329-035360 | November, 1998 | Sterilizer Assessment Team Minutes |
| 245 | IHC034854-034862 | October 19, 2005 | New SCO Presentation |
| 246 | IHC06179 | | Internal IHC contract admin procedures |
| 247 | IHC06193 | | Sales and activity "reporting" |
| 248 | IHC06200 | | Amerinet numbers |
| 249 | IHC00431 | | Bob email |
| 250 | IHC00182 | | Brent Johnson email |
| 251 | IHC01029 | | email chain from IHC |
| 252 | IHC01054 | | Procedure requiring MEMdata utilization |
| 253 | IHC01057 | | Hyde Frederickson |
| 254 | IHC033882 | | ORG CHART |
| 255 | IHC033922-925 | | Formal contract protocol |
| 256 | IHC00170 | | internal IHC email |
| 257 | IHC01054 | | MEMdata procedure |
| 258 | IHC01126-01136 | | implementation handbook |
| 259 | IHC01101 | | SLC meeting with BJ and new team |
| 260 | IHC01018 | | Internal IHC email |
| 261 | IHC34874 | | Summary of discussion |
| 262 | | | |
| 263 | | | |
| 264 | | | |
| 265 | | | |
| 266 | | | |
| 267 | | | |
| 268 | | | |
| 269 | | | |
| 270 | | | |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 271 | | | |
| 272 | | | |
| 273 | | | |
| 274 | | | |
| 275 | | | |
| 276 | | | |
| 277 | | | |
| 278 | | | |
| 279 | | | |
| 280 | | | |
| 281 | | | |
| 282 | | | |
| 283 | | | |
| 284 | | | |
| 285 | | | |
| 286 | | | |
| 287 | | | |
| 288 | | | |
| 289 | | | |
| 290 | | | |
| 291 | | | |
| 292 | | | |
| 293 | | | |
| 294 | | | |
| 295 | | | |
| 296 | | | |
| 297 | | | |
| 298 | | | |
| 299 | | | |
| 300 | | | |
| 301 | | | |
| 302 | | | |
| 303 | | | |
| 304 | | | |

MEMdata - IHC
Pretrial Disclosures - Exhibits

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 305 | | | |
| 306 | | | |
| 307 | | | |
| 308 | | | |
| 309 | | | |
| 310 | | | |
| 311 | | | |
| 312 | | | |
| 313 | | | |
| 314 | | | |
| 315 | | | |
| 316 | | | |
| 317 | | | |
| 318 | | | |
| 319 | | | |
| 320 | | | |
| 321 | | | |
| 322 | | | |
| 323 | | | |
| 324 | | | |
| 325 | | | |
| 326 | | | |
| 327 | | | |
| 328 | | | |
| 329 | | | |
| 330 | | | |
| 331 | | | |
| 332 | | | |
| 333 | | | |
| 334 | | | |
| 335 | | | |
| 336 | | | |
| 337 | | | |
| 338 | | | |

**MEMdata - IHC**
**Pretrial Disclosures - Exhibits**

| # | BATE STAMP | DATE | DESCRIPTION |
|---|---|---|---|
| 339 | | | |
| 340 | | | |
| 341 | | | |
| 342 | | | |
| 343 | | | |
| 344 | | | |
| 345 | | | |