IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MEMDATA, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, INC., a Utah corporation, and IHC HEALTH SERVICES, INC., a Utah corporation,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFF'S SUPERSEDED DAMAGE CALCULATION<br><br><br><br>Case No. 2:08-CV-190 TS |

The Court has before it Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Superseded Damage Calculations.[1] Plaintiff argues that the Court should prohibit Defendants from mentioning or introducing evidence relating to MEMdata's prior damage calculations because the probative value of such evidence is substantially outweighed by its risk of unfair

---

[1]Docket No. 130.

1

prejudice, confusion and misleading of the jury, and undue delay.[2] The Court finds that the probative value of the evidence outweighs its prejudicial effect and the Court will therefore deny Plaintiff's Motion. In so holding, the Court notes that the evidence appears to have only marginal relevance and the Court will not allow Defendants to present a mini-trial on the issue of Plaintiff's evolving damages calculations. Should Defendants unnecessarily dwell upon the subject, Plaintiff is invited to raise an appropriate objection at trial.

It is therefore

ORDERED Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Superseded Damage Calculations (Docket No. 130) is DENIED.

DATED   November 23, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2] *See* Fed.R.Evid. 403.