IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MEMDATA, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, INC., a Utah corporation, and IHC HEALTH SERVICES, INC., a Utah corporation,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFF'S THIRD PARTY CONTRACTS AND RELATIONSHIPS<br><br><br>Case No. 2:08-CV-190 TS |

    The Court has before it Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Third Party Contracts and Relationships.[1] Plaintiff argues that the Court should prohibit Defendants from mentioning or introducing evidence relating to MEMdata's contractual relationships with third parties because the probative value of such evidence is substantially outweighed by its risk of unfair prejudice, confusion and misleading of the jury, and undue

---

[1] Docket No. 128.

1

delay.[2] The Court finds that the probative value of the evidence is not substantially outweighed by its prejudicial effect and the Court will therefore deny Plaintiff's Motion. Indeed, the Court finds the proffered testimony to have significant probative value of the parties' course of dealing and the meaning of the parties' contract.

It is therefore

ORDERED Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Third Party Contracts and Relationships (Docket No. 128) is DENIED.

DATED   November 23, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2]*See* Fed.R.Evid. 403.